IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 4:20-CR-00021-CDL-MSH |
| SEAN TRAMELL SMITH, | : |
| Defendant. | : |

### ORDER ON JOINT MOTION FOR CONTINUANCE

This matter is before the Court on Defendant Sean Tramell Smith and the United States' Joint Motion for Continuance. The parties need adequate time to prepare for this case and to continue ongoing plea negotiations and request for the case to be continued to the January 2021 trial term. Should the parties find that they have been able to negotiate a satisfactory disposition without a jury trial, the parties will notify the Court and request a change of plea date before the January 2021 trial term. The Court finds that it is in the interests of justice to continue the case and that this interest outweighs the interest of Defendant and the public in a speedy trial. Failure to grant a continuance could result in a miscarriage of justice

Accordingly, the Motion for Continuance is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's **January 2021 trial term**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

**IT IS SO ORDERED** this _14th_ day of _September_, 2020.

_S/Clay D. Land_
Clay D. Land
United States District Judge